IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **YERAYEL YEHUDA** | * |
| *Plaintiff* | * |
| v. | *   Case No.: |
| **MARYLAND DEPARTMENT OF HEALTH,** *et al.* | * |
| | * |
| *Defendants* | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446 and Federal Rule of Civil Procedure 81, Defendants, Maryland Department of Health, Laura Herrera Scott, M.D., Bryan Mroz, Alissa Lord and Leslie McMillan, by undersigned counsel, give notice of the removal of this action from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland. The grounds for removal are as follows:

1. Plaintiff, Yarel Yehuda, commenced this action against defendants on or about September 25, 2024, by filing a complaint with a federal court caption in the Circuit Court for Montgomery County, Maryland. *See* Exhibit 1. The complaint was docketed as Case Number 15-CV-24-005218**.** *See* Exhibit 2, Civil Case Information Sheet. Plaintiff never achieved service on Defendants, as he served a copy of a previously dismissed federal court complaint, with the summons for the

state court case.  *See Exhibit* 3, Returns of Service.  *See also* Exhibit 4, Motion to Dismiss for Insufficient Service.

    2.    On February 25, 2025, there was a request to re-issue the summons. *See* Exhibit 5.

    3.    On March 18, 2025, plaintiff served his summons and complaint on the defendants care of the Maryland State Treasurer.  *See* Exhibit 6.

    4.    This Notice of Removal is timely, as it is filed within 30 days of service of the Complaint.

    5.    In accordance with 28 U.S.C. § 1446(b), and Local Rules 103.5a, defendant is filing contemporaneously with this notice true and legible copies of all process, pleadings, documents and orders which have been served upon defendant, complaint, summons and case information sheet.  *See* Exhibits 1-6.  Defendants will file within 30 days true and legible copies of all other documents then on file in the State court together with the certification required by Local Rule 103.5a.

    6.    In Count III of his Complaint, Plaintiff asserts causes of action arising under a federal statute. Specifically, in Count I, he asserts that Defendants violated 42 U.S.C. § 1983, a deliberate indifference claim.  Accordingly, the Court has original jurisdiction over Count I under 42 U.S.C. § 1983.  Additionally, in Count II, he asserts a federal due process claim, an additional cause of action under 42 U.S.C. § 1983.  In addition, the Court has supplemental jurisdiction over Plaintiff's

remaining state law due process and negligence claims, pursuant to 28 U.S.C. § 1367, because the remaining claims are "so related to claims in the action within such jurisdiction [of the Court] that they form part of the same case or controversy under Article III of the United States Constitution." *See* 28 U.S.C. § 1367(a).

7. Because this is an action over which this Court has original jurisdiction-federal question jurisdiction, Defendants may remove this action pursuant to 28 U.S.C. § 1441(a) and (b).

8. Defendants will promptly file a copy of this notice of removal with the Clerk of the Circuit Court for Baltimore City as required by 28 U.S.C. § 1446(d).

9. All of the individual defendants consent to removal.

WHEREFORE, because this Court has original jurisdiction pursuant to 28 U.S.C. § 1331, removal is appropriate pursuant to 28 U.S.C. § 1441(a) and (b), notice is hereby given and this action, now pending in the Circuit Court for Montgomery County, Maryland as Case No. C-15-CV-24-005128 is removed in its entirety to this Court.

Respectfully submitted,

ANTHONY G. BROWN
Attorney General of Maryland

/s/ Marisa F. Capone_____
Marisa F. Capone
CPF/ AIS # 0112110106
Assistant Attorney General
Maryland Department of Health
300 W. Preston Street, Suite 302
Baltimore, Maryland 21201
Marisa.Capone@maryland.gov
(410) 767-5292 (direct)
(410) 333-7894 (facsimile)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of April 2025, a copy of the foregoing notice of filing of notice of removal sent via first class mail, postage prepaid to:

> Michael P. Coyle
> The Coyle Law Group
> 7061 Deepage Drive, Suite 101B
> Columbia, Maryland 21046

/s/ Marisa F. Capone
Marisa F. Capone
Assistant Attorney General